# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2161.  PATRICE HAMMOND v. WELLS FARGO BANK, N. A.**

Wells Fargo Bank, N. A. filed a dispossessory action against Patrice Hammond in magistrate court.   After Hammond filed a counterclaim that exceeded the magistrate court's jurisdiction, the matter was transferred to superior court.  On April 15, 2013, the superior court entered summary judgment in favor of Wells Fargo and issued a writ of possession.  Hammond filed a notice of appeal from this ruling on May 9, 2013.  We, however, lack jurisdiction.

An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999); compare *America Net, Inc. v. U.S. Cover, Inc.*, 243 Ga. App. 204 (1) (532 SE2d 756) (2000) (OCGA § 44-7-56 does not apply where the issue of possession of the premises was previously disposed of and is no longer in dispute). Because Hammond filed her notice of appeal 24 days after entry of the order she seeks to challenge, her appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  10/11/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , Clerk.